**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JV
F. #2024R00093

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 24, 2026

By E-mail

The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Jason Doni Schlessel
Criminal Docket No. 26-324 (NCM)(RML)

Dear Judge Kaminsky:

The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ *John Vagelatos*
John Vagelatos
Assistant U.S. Attorney
(718) 254-6182

Enclosure

cc: Clerk of Court (by Email)