UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

-against-

Jason Doni Schlessel
-----------------------------------------------X

**ORDER**
**FOR ACCEPTANCE OF CASH BAIL**

Docket No. 26 CR 324 (NCM)

Bail having been fixed by Hon. Clay Kaminsky, in the above entitled action in the amount of $ 100,000.00 of which sum $ 10,000.00 in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ 10,000.00 when tendered on behalf of the above defendant.

**SO ORDERED.**

**Dated: Brooklyn, New York**
November 24th 2026

S/ Clay Kaminsky
**UNITED STATES MAGISTRATE JUDGE**

**Receipt No.** ________________
**Money Deposited By:** ______________________________
**address & Telephone** ______________________________
______________________________
______________________________
______________________________